# IN THE SUPREME COURT OF THE STATE OF NEVADA

BODEGA LATINA CORPORATION; AND BROADSPIRE,

    Appellants,

vs.

SERGIO ESCOBEDO,

    Respondent.

No. 75302

FILED

JAN 1 8 2019

*ORDER DISMISSING APPEAL*

Cause appearing, appellants' motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Nancy L. Allf, District Judge
       Carolyn Worrell, Settlement Judge
       Lewis Brisbois Bisgaard & Smith, LLP/Las Vegas
       Moss Berg Injury Lawyers
       Eighth District Court Clerk